1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    TANBEER SINGH BRAR,                    Case No. 1:25-cv-00527-KES-CDB

12              Plaintiff,
                                             ORDER ADOPTING FINDINGS AND
13         v.                                RECOMMENDATIONS AND DISMISSING
                                             ACTION FOR LACK OF SUBJECT
14    MICROSOFT CORPORATION,                 MATTER JURISDICTION, FAILURE TO
                                             OBEY A COURT ORDER, AND FAILURE
15              Defendant.                   TO PROSECUTE

16                                           Doc. 9

17

18         Plaintiff Tanbeer Singh Brar proceeds pro se and in forma pauperis with this civil action

19    against defendant Microsoft Corporation.  Doc. 1.  On May 8, 2025, the assigned magistrate

20    judge issued an order to show cause why the action should not be dismissed for lack of subject

21    matter jurisdiction and for failure to state a cognizable claim.  Doc. 3.  On May 14, 2025, plaintiff

22    filed a response.  Doc. 4.  On June 6, 2025, the magistrate judge screened the complaint and

23    found that plaintiff failed to plausibly allege that the amount in controversy is met and that the

24    complaint fails to state a cognizable claim.  Doc. 6.  Plaintiff was granted 21 days within which to

25    file a first amended complaint or a notice of voluntary dismissal.  *See* Doc. 6.  Plaintiff did not

26    file a first amended complaint or a notice of voluntary dismissal.  However, he filed a document

27    titled "motion to protect rights and protection from threat to close this case" which disputed the

28    screening order's conclusions.  Doc. 7.

On July 11, 2025, the magistrate judge issued findings and recommendations to dismiss this action with prejudice for plaintiff's failure to establish this Court's jurisdiction, failure to obey a Court order, and failure to prosecute.  Doc. 9.  On July 22, 2025, plaintiff filed objections.  Doc. 10.

According to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  Having carefully reviewed the file, including plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  Plaintiff's objections fail to meaningfully address the findings and recommendations.

Accordingly,

1.    The findings and recommendations issued on July 11, 2025, Doc. 9, are ADOPTED IN FULL;

2.    Plaintiff's complaint, Doc. 1, is DISMISSED without leave to amend;

3.    The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:    August 7, 2025

_____
UNITED STATES DISTRICT JUDGE

2